# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138168(115)

BRIGGS TAX SERVICE, L.L.C.,
          Petitioner-Appellee,

v

DETROIT PUBLIC SCHOOLS, and DETROIT
BOARD OF EDUCATION,
          Respondents-Appellants,
and

CITY OF DETROIT and WAYNE COUNTY
TREASURER,
          Respondents.

_____

SC: 138168
COA: 278865
MTT: 00-319592

 

On order of the Chief Justice, the motion by the Building Officers Managers Association of Metropolitan Detroit for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

_____
Clerk